ROBERT H. ROTSTEIN (SBN 72452), rxr@msk.com
ELAINE K. KIM (SBN 242066), ekk@msk.com
HILARY E. FEYBUSH (SBN 280714), hef@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
Twentieth Century Fox Film Corporation,
Lee Daniels, Malcolm Spellman, Danny Strong,
and Taraji Henson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RON NEWT,<br><br>         Plaintiff,<br><br>    v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, LEE DANIELS, MALCOLM SPELLMAN, DANNY STRONG, TARAJI HENSON and DOES 1 - 100, inclusive,<br><br>         Defendants. | CASE NO. 3:18-CV-00370-SK<br><br>Honorable Sallie Kim<br>United States Magistrate Judge<br><br>**DEFENDANTS' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

**TO THE COURT AND PLAINTIFF RON NEWT:**

In accordance with the provisions of 28 U.S.C. § 636(c), Defendants Twentieth Century Fox Film Corporation, Lee Daniels, Malcolm Spellman, Danny Strong, and Taraji Henson voluntarily consent to have a United States magistrate judge conduct all further proceeding in this case, including trial and entry of final judgment. They understand that appeal from the judgment shall be taken directly to the United States Court of Appeal for the Ninth Circuit.

DATED: February 9, 2018         MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Robert H. Rotstein
    Robert H. Rotstein
    Elaine K. Kim
    Hilary E. Feybush
    Attorneys for Defendants
    Twentieth Century Fox Film Corporation, Lee Daniels, Danny Strong, Malcolm Spellman, and Taraji Henson

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683.

On **FEBRUARY 9, 2018**, I served a copy of the foregoing document(s) described as **DEFENDANTS' CONSENT TO MAGISTRATE JUDGE JURISDICTION** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| Ron Newt<br>339 Joost Street<br>San Francisco, CA 94131<br><br>Tel: 415-374-4377<br>Email: diamondronnewt@yahoo.com | *Plaintiff in Pro Per* |
|---|---|

☐ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☑ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned document(s) in a sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with the **United States Postal Service EXPRESS MAIL (EL849463345US)** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **FEBRUARY 9, 2018**, at Los Angeles, California.

_____
Ramil Sarmiento