1
2
3   Ron Newt
    339 Joost Street
    San Francisco, CA  94131
4   415.374.4377 6 2-77
5   In Pro Per
6
7
8                          UNITED SATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10  RON NEWT
11              Plaintiff,
12      v.                                  Case No. 3:18-CV-00370-SK
13  TWENTIETH CENTURY FOX FILM
    CORPORATION, LEE DANIELS,               **AMENDED**
14  TERENCE HOWARD and DOES 1-100,
    inclusive                               **COMPLAINT FOR DAMAGES**
15
              Defendants.                   **(BREACH OF CONTRACT IMPLED IN**
16                                          **FACT AND SLANDER)**
17
18
19
20
21
22
23
    Plaintiff alleges:
24
       1.  This court has jurisdiction of this action under 28 U.S.C. section 1332.
25
       2.  Plaintiff, Ron Newt is an individual and a resident of the city and county of San Francisco.
26
       3.  Defendant, Twentieth Century Fox is a corporation, organized and existing under the laws of
27
           Delaware.
28

                                                                                Case No.

4. Defendant, Lee Daniels is an individual, and based on information and belief, is a resident of New York.

5. Defendant, Terence Howard is an individual, and based on information and belief, is a resident of Pennsylvania.

6. The true names and capacities, whether individual, corporate, or otherwise, of defendant DOES 1-100, inclusive, are presently unknown to the plaintiff, who therefore sues these defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each DOE defendant was and is responsible in some manner for the damages suffered by the Plaintiff. Plaintiff will amend this complaint to allege the true name and capacity of each DOE defendant when said information is ascertained.

7. Plaintiff authored a book entitled "Bigger Than Big" (the "book"), semi detailing his life story. Later, plaintiff created a dvd of the same title based on the book.

8. At all times relevant to this complaint, plaintiff was seeking a deal for production of the book and dvd.

9. On or about November 2012, plaintiff met with an actor named Terence Howard (Howard) for the purpose of discussing the book and the dvd and a possible production deal.

10. As a result of the meeting with Howard, plaintiff and Howard entered into a verbal agreement that Howard would shop plaintiff's to motion picture and television executives and producers, in an effort to secure a deal to produce the dvd and/or book into a movie or television series, whereby Howard would be afforded an opportunity to play a lead role and plaintiff would be compensated and receive monetary benefits (royalties) for the use of the book and dvd.

11. Prior to meeting with Howard, in 2005 plaintiff submitted the dvd and book to Roger Freidman, then an employee and agent of Twentieth Century Fox Film Corporation.

12. Plaintiff also gave copies of the book and dvd to Howard at their meeting in 2012.

13. Plaintiff is informed and believes that Howard shopped the book and screenplay to industry executives, including, but not limited to the defendants named herein, pursuant to his agreement with the plaintiff; and as a result thereof, the book and dvd were used as

2.                                                                    Case No.

inspiration and adapted by the defendants, and each of them, into a television series called "Empire", where Howard was cast in a leading role.

14. Plaintiff is informed and believes, and thereon alleges that the producing and airing of Empire has generated and will continue to generate income, revenue and profits to the benefit of the defendants, and each of them.

15. Plaintiff has not received any income from Empire or the use of his materials.

16. Plaintiff is informed and believes, and thereon alleges that defendants and each of them, conspired with each other to produce Empire, from the use of plaintiff's dvd and book, and have refused and continue to refuse to compensate plaintiff for use of his materials used in the creation of empire.

17. Defendant Twentieth Century Fox Film Corporation is the producer of Empire and the television series earns substantial money for defendants, and each of them.

18. Plaintiff is informed and believes that all the defendants conspired with each defendant to create and produce Empire from the use of the plaintiff's dvd and book. And to deny plaintiff, his fair share of income and profits generated by Empire.

19. Plaintiff is informed and believes, and thereon alleges that at all times mentioned herein, that each defendant was acting as an agent, employee, and/or employer of each remaining defendant, and was acting in the course and scope of such agency and/or employment relationship when conducting the acts alleged herein.

20. At the instance and request of Howard, plaintiff submitted the dvd and book to Howard with the expectation that plaintiff would be compensated for the use of the dvd and book by the defendants and each of them.

21. Plaintiff has performed all conditions, covenants, and promises required on his part to be performed in accordance with the terms and conditions of the contract.

22. Plaintiff is informed and believes, and thereon alleges that sometime in 2014, defendants and each of them breached the implied in fact agreement by using plaintiff's dvd and book to their own gain, without securing a production deal that would compensate plaintiff for the use of his materials.

Case No.

SECOND CAUSE OF ACTION

(Slander Per Se, Defendant Terence Howard)

23. On or about August, 2017, defendant Howard told the news agency TMZ and persons associated with the production of the show "Empire", that he never had a meeting with the plaintiff, concerning the plaintiff's book and dvd, and possibly shopping it around to television executives.

24. The words were heard by individuals that listen to TMZ and Lee Daniels, Malcolm Spelling, Danny Strong and others.

25. These words were slanderous per se because they were untrue and accused the plaintiff of being a liar.

26. The words uttered were a false statement because plaintiff and defendant Howard did in fact meet to discuss his book.

27. The words carried a defamatory meaning because they accused plaintiff of being a liar, destroying his credibility in the business.

28. The words were understood by those who saw and heard them in a way that defamed plaintiff because he was portrayed as a liar and a con artist.

29. As a result of the above described words, plaintiff has suffered general damages to his reputation.

30. As a further proximate result of the above described words, plaintiff has suffered the following special damages: plaintiff lost a contract with the company Monami Entertainment And other business opportunities in the entertainment industry.

31. The above described words were spoken with malice in that plaintiff was depicted as a liar and con man, and thus an award of exemplary damages is justified.

THIRD CAUSE OF ACTION

(Slander per se, defendant Lee Daniels)

32. On are about 2016 and2017, during the course of the year, defendant Lee Daniels spoke the following words, that the plaintiff was a failure in the music business as a manager, said the plaintiff wasn't "shit", said the plaintiff couldn't hack it in the entertainment business,

Case No.

1      that the plaintiff was a liar (concerning meeting with defendant Howard), and that plaintiff

2      was a pimp.

3      33. These words were heard by numerous people in the entertainment business and the public

4      at large, and numerous persons whose names are not known to plaintiff.

5      34. The words uttered were false in that plaintiff did meet with defendant Howard and

6      plaintiff is not a failure as a manager and has had success in the music business.

7      35. The words were understood by those who saw and heard them in a way that defamed

8      plaintiff because these words attacked the plaintiff's character and reputation.

9      36. As a result of the above-described words, plaintiff has suffered general damages to his

10      reputation.

11      37. As a further proximate result of the above described words, plaintiff has suffered the

12      following special damages: loss of reputation and business opportunities.

14 WHEREFORE, plaintiff prays judgment against the defendants as follows:

16    1. For compensatory damages in the amount of $50,000,000.

17    2. For costs of suit incurred herein.

18    3. For such other and further relief as the court may deem proper.

By: _____   3-8-/8

Ron Newt

5.

**PROOF OF SERVICE**

**Case name:** Newt v. Twentieth Century Fox, et al.

**Case number:** 3:18-CV-00370

**What document was served?**
Amended Complaint

**How was the document served?** *(Check one.)*
- ☑ Placed in U. S. Mail
- ☐ Sent by fax
- ☐ Hand-delivered
- ☐ Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?**
11377 West Olympic Blvd., Los Angeles, CA 90064

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: 03.07. 2018

I declare under penalty of perjury under the laws of the United States of America that the information in this proof of service is true and correct.

Signature: Mary Scott

Printed name: Mary Scott

Address: 379 Bancroft Ave., San Leandro, CA

CERTIFICATE OF SERVICE [VLSP TEMPLATE]

EXHIBIT A

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

RON NEWT IN PRO PER
339 Joost St
San Francisco. CA 94131

TELEPHONE NO.: 415 374 4577   FAX NO. (Optional):
E-MAIL ADDRESS (Optional): DIAMOND RONNEWT@yahoo
ATTORNEY FOR (Name):

FILED AMENDED
(FOR COURT USE ONLY)

17 JUL 11 PM 1:58

CLERK OF THE COURT
BY: _____
DEPUTY CLERK
EDWARD F SANTO

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

San Francisco Superior Court
Civic Center Courthouse
400 McAllister Street, Room 103
San Francisco, CA 94102-4514

PLAINTIFF/PETITIONER: RON Newt
DEFENDANT/RESPONDENT: Howard. EVBL

DECLARATION

CASE NUMBER:
CGC 1755 P1P2

I Anthony Williams , Declare that i am one of the gentlemen who was at the four seasons hotel , that day that witness Mr Ron Newt and Mr Terrence Howard talking about him doing Ron's movie , i had my son with me at the time of this meeting he was 7 years old and he also saw mr Howard , and remember him from taking a picture with him a year earlier at the Naacp Image Awards in Los angeles , as i recall i saw King Sisko , Mr Ronnie Marssette , Tony Topaz , Suge Knight , Tony Topaz was not at the table with them , but he was their , Mr Terrence Howard and his Manager was at the table , i saw Ron Newt tell his story about the opening of his DVD bigger than big , and Mr howard was smiling as he heard Mr Newt tell it the way he know how , i took my son to the restroom and when i came back , Suge Knight and King Sisko was talking to Terrence Howard along with his manager , during their meeting Mr Newt gave Mr Terrence Howard a copy of his DVD , Book , and movie script, Bigger than Big , to Mr Terrence Howard as his manager looked on , and Mr Howard told Ron that he wanted to play him in a movie , his movie , everybody shook hands and i wanted to see if could get a picture with Mr Howard with me and my son , but they was still talking , but everybody was cool , everybody went out side as i recalled i was talking to Suge Knight as Mr Howard left

**FAX**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/31/2017

Anthony Williams
_____
(TYPE OR PRINT NAME)

_Anthony Williams_
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

DECLARATION

Page 1 of 1

MC-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
RON NEWT IN PRO PER
339 JOOST ST
SAN FRANCISCO 94131

TELEPHONE NO.: 415 374 4377    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Ron Newt

FILED FOR COURT USE ONLY

17 JUL 11 PM 1:59

CLERK OF THE COURT
BY: DEPUTY CLERK
EDWARD F SANTOS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Ron Newt
DEFENDANT/RESPONDENT: HOWARD ET AL.

**DECLARATION**

CASE NUMBER: CGC 12 55 8182

---

I, Ron Newt, declaration:

I'm a song writer and a entertainer. I performed when I was a young boy with James Brown. I performed on stage. I produced groups like HP Riot, Seastrunk brothers, Grand Theft, Dwayne Sweet and Performers. I worked with Filmore Slim, Michael Jackson and Jo Jackson. I was with Jackson Records. I wrote songs with my son Bobby Newt. I had my own record label. I started a young group when I was in my twneties when I started having sons with my wife Lynn Newt aka China Doll. The group was called the Newtrons. The artist was my three sons Johnny, Bobby, and Ronnie. They put out a album called Why do fools fall in love and Stone in love with you. We signed with Michael Jackson record label. We then signed with MCA Records. It was a Million doller record deal. I also signed a $200,000 publishing deal with MCA. I decided to write a fictional book about my life story. The book is called "Bigger than Big" and also "All that Glitters aint Gold". I changed the title twice. The book is about my life as a gangster, selling drugs and dealing with women and then I discover my sons talent and we signed the big deal with MCA.

I got into a lot trouble and got hurt. When I discovered my sons talent, my wife had came to me and said she wanted me to turn my life around. She said pointed out that my sons was very talented and could song and dance. My and I then went to see my sons perform at the Opera house and they won. I got in contact with Jackie Jackson from Jackson 5 and William Hart from the Delfonics to teach them to dance and sing. We traveled all around the country performing on a tour call "Getting Busy". A year later one of my sons, Ronnie, got killed. I then had to split the group up into single artist. Bobby became a singer. Johnny became a rapper and singer. Johnny has been very successful. He is known as J-Valentine and has song, produced and written many songs for himself and other artist such as Justin Timerlake who writes music for television Empire show

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/30/2017

Ron Newt
                (TYPE OR PRINT NAME)

_Ron Newt_
                (SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

## Statement of Facts based on the story of Empire

As it pertains to meeting Terrence Howard. King Sisco, Ron Newt, Ron Morrisette and Terrence Howard in Beverly Hills at or about 6:30pm on Doheney Drive at the Four Seasons hotel in Beverly Hills. Ron Newt was conversing with Suge Knight while King Sisco and Ronnie Morrisette were at the bar. Another associate, A.W. was walking around and we all saw Terrence Howard and asked him if he had some time to talk to one of our friends, Ron Newt regarding him playing in a movie. Terrence Howard agreed to talk with Ron Newt. Ron Newt sat down with Terrence Howard for 3-4 hours and read his synopsis of the story and explained his whole life story. After the meeting was over, Terrence Howard stated that he wanted to play Ron Newt and he gave us his Managers number. These facts are true as it relates to events.

_3/10/2015_

Ronnie Morrisette

_3/10/2015_

Witness

MC-031

| PLAINTIFF/PETITIONER: Ron Newt | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: HOWAR et AL | CGC 17-558182 |

### DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

2 Pac, and Tyrese. He also currently manage the popular artist name Tank. Both of my sons was signed with Death Row Records.

When I wrote this book, I decided I wanted to turn it into a screenplay or movie. Around August 2012, I start looking for Jamie Fox or Terrance Howard to play me. Jamie Fox is a good friend of mine. He said he would consider. I got word out that I was trying to find Terrence Howard and I got lucky through a friend name King Cisco. He told me that I needed to come to LA and that we would be meeting Suga Knight as well. When I got to LA, I was with some other friends, Doug Green and Tony Topaz. King Cisco called and told me to come to the Four Seasons Hotel. Me and Tony then went to the Four Seasons Hotel. We was met by Suga Knight and King Cisco when we got to the hotel. Then Terrace Howard came walking in. King Cisco and Terrence Howard had a mutual friend. King Cisco told Terrence Howard that I had a book, dvd, and movie script and that I wanted to pitch my idea to him and want him to play the role of me. He then said let me see. He had redish red, a green suede coat, brown pants and shoes. We sat down and he said what you got. I gave him the synopsis and he said he wanted to play me. King Cisco told him that he was representing me and that we need to get contact information. Terrence Howard gave us his contact information and told us to get in contact with his assistant "Julie". I told him that I had the material with me. He asked could he see the book, dvd, and movie script. So I went to the van and got the material. I gave Terrence Howard the material and Terrence Howard told me that he would see what he could do to help put the production together. We had an agreement that if any thing came of the idea I would be compensated. I asked how much and he said he don't know we would have to work it out with the companies. He than repeated I would be compensated.

It was a year or two later, I received a phone call from my friend Ron Wysinger. He asked me did I sell my book story to Terrence Howard and I said no. He said well they have a tv show called Empire and it looks like Terrence Howard is playing me and it's thing that remind him of the book. I then called my daughter and she said the same thing. I watched the Empire and seen all the plots and themes was similar to my story. For example, Terrence Howard kills his best friend "Bunky" over 4 murders. In the book, I kill my best friend over four (4) murders. Jamal was nominated for 3 Grammys, My son Bobby Newt was also nominated for 3 Grammys. There are over 50 similarities. If I called to testify, I will testify the same.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/30/2017

Ron Newt
_____
(TYPE OR PRINT NAME)

_Ron Newt_
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☑ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

*Ron Newt  ID PRO PER*
*338 East*
*San Francisco - 94131*
TELEPHONE NO.: *415 3744577*  FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): *Diamond Ron Newt a Yotto*

FILED AND ENDORSED
...

17 JUL 11 PM 1:58

CLERK OF THE COURT
BY: _____
DEPUTY CLERK
EDWARD E SANTOS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:  San Francisco Superior Court
MAILING ADDRESS:  Civic Center Courthouse
CITY AND ZIP CODE:  400 McAllister Street, Room 103
BRANCH NAME:  San Francisco, CA 94102-4514

PLAINTIFF/PETITIONER: *Ron Newt*
DEFENDANT/RESPONDENT: *Howard et al.*

| DECLARATION | CASE NUMBER: *CGC17558182* |
|---|---|

I, Douglas Green, Declare: That I am the person who typed the book story (Bigger than Big) into my compute with Ron Newt telling the story, back in the 1990's in San Francisco. I also remember years later when Ron Newt was at my house and told me that he was going down to meet with Terrence Howard about his story. I drafted the "Letter of Interest" that was to be given to Terrence Howard prior to the meeting. He asked me to go with him. I declined and he went with Tony Topaz to the meeting. He told me that Sisco had set up the meeting. When he came back, he told me that after talking to Terrence about the story, Terrence wanted to pla him in the movie and that he had given him the book, script and dvd.

Example of items in Empire that just happen to be in Ron's book (Bigger than Big)

Empire: Remember those 4 drug dealers you killed back in the day? (Bigger than Big) chapter 7, Trudy, Tippy Outlaw and Mack Major (4 drug dealers killed)

Empire: Lucious shoot his longtime friend (Bigger than Big) page 182 Prince shoots his friend

Empire: Lucious kids are performing as he is being arrested (Bigger than Big) the were broadcasting the Newtrons concert at the coliseum while they were handcuffing us. I was thinking of the Newtrons page 9,10,1

Empire: Cookie is released from prison (Bigger than Big) page 156 I want you to take over the absolute contro of all the his until China Doll is released from prison.

Empire: The name China Doll was mentioned in Empire (Bigger than Big) China Doll is in Ron's Book

Empire: 3 sons (Bigger than Big) 3 sons

Empire: Coats worn by Lucious (Bigger than Big) coats are same style as worn by Ron in Bigger than Big

Empire: (pilot) Cookie with hat (Bigger than Big) page 182 same look of China Doll in that same hat.

Empire: Tyriq (a police officer and half brother to Lucious) dated Cookie's sister Carol to get to Lucious and bring the family down. (Bigger than Big) chapter 18 / Officer Kit Crenshaw Ron's brother in law was married to his wife's sister and trying to bring the family down,

FAX

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/4/2017

Douglas T. Green
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defenda
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 -

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FILED AM *(FOR COURT USE ONLY)* |
|---|---|
| Ron Neat In Propsa<br>335 Joost Ct<br>San Francisco Ca 94131<br>TELEPHONE NO.: 415 374 4377   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | 17 JUL 11 PM 1:58<br>CLERK OF THE COURT<br>BY: _____ DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco Superior Court
STREET ADDRESS:
MAILING ADDRESS: Civic Center Courthouse
CITY AND ZIP CODE: 400 McAllister Street, Room 103
BRANCH NAME: San Francisco CA 94102-4514

PLAINTIFF/PETITIONER: Ron Neat
DEFENDANT/RESPONDENT: Howard E.t.Al

| **DECLARATION** | CASE NUMBER:<br>CGC 17 55 8182 |
|---|---|

I Ralph W. Pettiford known as Tony Topaz. Declares I drove Ron Newit to the Four Seasons Hotel
for a meeting with Terrance Howard to propose to Mr. Howard that would portray Mr. Newit for a
screenplay adupation from his autobiography, novol Bigger Than Big.  I was with Mr. Newit when he
received the call to attend the meeting.  At this time he advised me that Mr. Howard would be in
attendacne along with Shug Knight, Cisco, Anthony and Ron Newit.  I advissed Ron Newit at that
time, that he should have everyone sign a non-disclosure aggreement before revealing the
screenplay.  Ron newit was so anxious to meet Mr. Howard, and did not want to offend him, that he
decided not to present the non-discloure to him.  When we arrived to the agreed upon meeting
location( The Four Seasons Hotel) located at 300 S. Doheny Dr.in Beverly Hills CA. I then parked
my truck on Doheny Dr.. then Ron and I walked up to the front hotel's velet parking where Anthony
and Cisco,walked out of the hotel to greet us.  Cisco pulled Ron to the side, while Anthony and I
spoke. After greeting one another  he infomred me that Mr. Howard was in the Hotel and was
looking forward to meeting with Ron. In that moment I saw Mr. Howard walk pass in the lobby
accompanied with two other male figures. Soon after that Ron told me that Cisco wanted to keep the
meeting as few in a attendance as possible. So I watched Ron go into the hotel, carrying his noval,
screenplay and DVD of his autobiogrphy in his hand.  Within 45 minutes to an hour later, Ron
returned to my truck and told me that the meeting went well. Mr. expressed thathe wuld like to
portray Ron in the film. Ron wondered if  Mr. Howard could  possibly be a good casting choice to play
Ron.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Ralph W. Pettiford
_____ *(TYPE OR PRINT NAME)*

_____ *(SIGNATURE OF DECLARANT)*

☐ Attorney   ☐ Plaintiff   ☐ Petitioner   ☐ ▮▮▮▮
☐ Respondent   ☐ Other *(Specify)*:

 

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| RON NEWT IN PRO PER. 839 JONES SC SANFRANCSCO CA | [stamp] 17 JUL 11 PM 2:03 CLERK OF THE COURT BY: DEPUTY CLERK EDWARD P SANTO |
| TELEPHONE NO.: 415 874 4377   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): PRAMOUN RON DEWT & YAHoo | |
| ATTORNEY FOR (Name): Ron Newt | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Ron Newt
DEFENDANT/RESPONDEN HOWARD ET AL

| **DECLARATION** | CASE NUMBER: CGC 17 55 8182 |
|---|---|

I, Ron Wysinger, declare:

I am good friend of Mr. Ron Newt friend for a very long time. Alonzo Jackson is my brother. He has been in the entertainment field for years He also worked with Aftermath, Records and Dr Dre.

Ron Newt called me years ago stating that he was trying to sell his story, he also stated that he was meeting with Terrance Howard about his book.

Later on maybe 1 year later I saw the show "Empire". This story had similarities of Ron Newt book. So I immediately call Mr. Newt and asked did he sell his story. He stated that he did not.

If called to testify I will testify the same.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/30/2017

Ron Wysinger
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other (Specify):
           Witness

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

# Confidential Report

# PP

## Computerized Polygraph Examination:

# Ron Newt

Conducted August 4, 2017

professionalpolygraphservices.com   (916) 865-8169

three pages

*Polygraph Examination conducted on August 4, 2017*

Interested Parties:

Pursuant to a request, I conducted a computerized Psychophysiological Detection of Deception Test (a computerized polygraph examination) with this examinee, in regards to personal matters.

During a paralinguistic pre-test interview, the examinee and I thoroughly discussed the relevant issues (listed below as questions). All terms and words to be used in the relevant questions were understood by the examinee and then defined by the examinee to my satisfaction.

At the conclusion of the pre-test interview, an acquaintance test was conducted. This test was used to prove to both the examinee and to myself that the examinee was suitable for a polygraph examination. Adequate recordings of the examinee's physiology were obtained during this portion of the examination, so the testing continued.

A comparison-question test was then conducted using methods developed and validated by the U.S. government's polygraph institute and approved by three national polygraph organizations. A computerized polygraph instrument was used to record the cardio/pulse responses, upper and lower respiration, and electrodermal skin conductance tracings. The instrument was functionality-checked for factory operation for the day of this examination; all functions were satisfactory. Multiple charts were collected.

page 2 of 3
POLYGRAPH

The examinee was asked the following requested pre-written relevant questions on each chart (shown with the examinee's given answers):

1) *Did you meet with Terrence Howard in person at the Four Seasons hotel in 2012?*

   (Examinee's answer: **YES**)

2) *Did Terrence Howard tell you that he was interested in playing your roll after meeting you at the Four Seasons hotel in 2012?*

   (Examinee's answer: **YES**)

3) *Did Terrence Howard give you the contact info to his agent "Julie" after meeting you at the Four Seasons hotel in 2012?*

   (Examinee's answer: **YES**)

4) *Did you hand over your story to Terrence Howard after meeting him at the Four Seasons hotel in 2012?*

   (Examinee's answer: **YES**)

page 3 of 3
POLYGRAPH

EVALUATION / OPINION:

After carefully reviewing and analyzing the polygraph charts, it is the opinion of the examiner that there was **no deception indicated** during this polygraph examination.

*These results indicate that the examinee was likely telling the truth when answering the questions above.*

If I may be of any further assistance, please do not hesitate to contact me.

Sincerely,

Peter Javan, Polygraph Examiner
(916) 865-8169
Visit professionalpolygraphservices.com
Polygraph #261240

**DECLARATION OF TERRENCE HOWARD**

I, TERRENCE HOWARD, declare:

1.      I am an actor and singer, and I play the part of Lucious Lyon in the television series *Empire*. I submit this Declaration in support of Defendants' Special Motions to Strike Plaintiff Ron Newt's First Amended Complaint in its entirety pursuant to California's anti-SLAPP statute, Code Civ. Proc. § 425.16. I have personal knowledge of the facts stated herein and, if called and sworn as a witness, could and would competently testify thereto.

2.      I do not know Plaintiff Ron Newt. As an actor, I often get approached by strangers. As far as I know, I have never met or communicated with Ron Newt. I certainly have not read a book or screenplay by Ron Newt or titled *Bigger Than Big*. In fact, I have no recollection of ever hearing the name Ron Newt or the title *Bigger Than Big* apart from the lawsuits he has filed against me and others.

3.      I can say with certainty that I never agreed to act as a broker or agent for Ron Newt, and I never agreed to "shop" any book or screenplay by Ron Newt to producers, executives, or others in order to get it produced into a movie or television series. I am an actor, not an agent, and I have never agreed to be someone's broker or agent to get a book or screenplay produced into a film or television series. I also never agreed that I would share revenues, income, or profits with Ron Newt, whom I do not even know.

4.      I absolutely never entered into any joint venture, business agreement, or business relationship with Ron Newt, relating to the production of a film or television series or otherwise. If I want to enter into a deal relating to a film or television project, I involve my talent agents or entertainment lawyer to negotiate the deal. My understanding is that managers do not have authority to negotiate such deals, and I would not have authorized any manager to do that on my behalf or told others that my manager had that authority.

5.      I also never promised or agreed to play a role for a character named "Prince Diamond" or in a work titled *Bigger Than Big*. I know the roles that I have agreed to play, and "Prince Diamond" is not one of them. And again, if I want to play a role in a film or television series, I have my talent agent or entertainment lawyer negotiate my employment.

Mitchell
Silberberg &
Knupp LLP

2

**DECLARATION OF TERRENCE HOWARD**

1     6.     I have never been authorized by Danny Strong, Lee Daniels, Malcolm Spellman, or

2  Twentieth Century Fox Film Corporation ("TCFFC") to hear pitches, purchase the rights to works,

3  or enter into agreements on their behalf.  I have never said to anyone or done anything to indicate

4  that I had such authority.

5     7.     I never told anyone involved with *Empire*—including Danny Strong, Lee Daniels,

6  Malcolm Spellman, or anyone at TCFFC—about any person named Ron Newt, or any book or

7  screenplay by him, or any work titled *Bigger Than Big*.  At no time did I ever give anyone

8  involved with *Empire*—including Danny Strong, Lee Daniels, Malcolm Spellman, or anyone at

9  TCFFC—any book or screenplay by Ron Newt or titled *Bigger Than Big*, or any portion thereof.

10  In fact, I have never given any works or story ideas to Danny Strong, Lee Daniels, Malcolm

11  Spellman, or TCFFC for development or production into a film or television series at any time.  I

12  have never supervised the work of Danny Strong, Lee Daniels, Malcolm Spellman, or TCFFC at

13  any time.

14     8.     I had no involvement whatsoever in the creation of *Empire*.  I had no involvement

15  in the conception of the idea for the show, or its plot or storylines, sequence of events, characters,

16  setting, dramatic gimmicks, or themes.

17     9.     In fact, the very first time I heard of the show was from my talent agent David

18  Bugliari in February 2014, during the casting process.  Before then, I had never heard from anyone

19  about *Empire*, the idea for the show, or anything about the show, including the Lucious Lyon

20  character.  David Bugliari told me about the role of Lucious Lyon in February 2014, and I

21  received a pilot script at that time.  After another actor dropped out, David Bugliari convinced me

22  to take the role, and he negotiated the deal.

23  //

24  //

25  //

26  //

27  //

28  //

Mitchell
Silberberg &
Knupp LLP

3

**DECLARATION OF TERRENCE HOWARD**

10.     I am not a producer of *Empire*. I am not a writer on *Empire*, and I have had no involvement in conceiving or writing the stories and scripts for the *Empire* series. I am not *Empire*'s costume designer, whose job is to dress and style the characters, and I was not involved in creating or designing Lucious Lyon's wardrobe or styling, or that of any other character on the show.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20 day of March, 2017, at Beverly Hills, California.

_____
Terrence Howard



FBI EVIDENCE SIMILARITIES

AS SEEN ON TV

RON NEWT PRESENTS

BIGGER THAN BIG

Howard White Scarf

Ron Trademark White Scarf

Cookie

China Doll

Ron Newt w/ Lion

Terrance Howard w/ Lion

3 Lyon Sons

3 Newt Sons

Half Brother DEA / FBI

Ron's Brother in Law DEA / FBI

Lucious' Mother

Ron's Mother Neddie Ree Love

VLAD TV

Ron w/ Fellow Inmates

Lee Daniels & Actors

TMZ THE FOXXHOLE

Cookie w/ 2 Sisters

China Doll w/ 2 Sisters

The year is 2012. The setting is the Four Seasons Hotel, Los Angeles California. Eight men sit for a casual meeting. Among those eight men were **Terrance Howard** (Actor and Star of the Hit TV Show Empire), his **Bodyguard, Diamond Ron Newt, Suge Knight, King Cisco, A.W., Tony Lopez** & **Diego**. Throughout this meeting, Ron Newt pitched his fictional life story to Terrance Howard in hopes that he would be interested in portraying his character in either the Television Series or Motion Picture. Howard was thoroughly impressed and upon the closing of the meeting expressed that he indeed was very interested in playing the role of Mr. Newt and instructed Newt to give his agent a call in the near future. After multiple non-returned phone calls, Newt eventually stopped reaching out to Howard's Agent and thus the real story begins. The story of how one honest man's work became another crooked man's treasure. **A Fictional Life Story turned Stolen Glory!**

In this audio book, you will take a journey into the deepest, darkest, most dangerous inner secret parts of the world. Through this journey, you will relive the life of notorious gangster pimp, **Ron Newt**. Listen as he recalls the start up, the rise, the reign, and ultimately the fall of his Empire…**The Real Empire**! His story includes some of the coldest and most well known pimps, whores, drug dealers and killers the world has ever known. These stories are based solely on the trials and tribulations of one man who dreamed of living the richest of lives, and would stop at nothing to do so! **BILLION $ LAWSUIT ** HOWARD DENYING ANY INVOLVEMENT ** RON NEWT PASSES POLYGRAPH TEST ** MAJOR MEDIA COVERAGE ** UNMISTAKABLE STORY & IMAGE SIMILARITIES **** Now YOU be the JUDGE…Who's the REAL EMPIRE?

For Booking / Orders + All Info:
DiamondRonNewt@yahoo.com
DIAMONDRONNEWT.COM

THE REAL Empire BIRTHED BY BIGGER THAN BIG 57 MORE

cd DIGITAL AUDIO

EXHIBIT B

11/16/15, 2:49 PM

Welcome back

JERMAINE DUPRI PRESENTS

A Documentary of a Gangsta Pimp Ron Newt

# BIGGER THAN BIG

saucys world

gangsta brown

divine brown
MILLION DOLLAR SMILE

FILLMORE SLIM

china doll

A journey into the darkest
most dangerous inner secret parts of the world

DVD
VIDEO

**BIGGER THAN BIG** The Documentary of Ron Newt & the MCA music Scandal

A Documentary of a Gangsta Pimp

Ron Newt aka Prince Diamond


DON MAGIC JUAN, RON NEWT/
KENNY FRED


WHITE FOLKS!

FOR FUTURE RELEASES 3
& LIL BUTCH

MICHAEL JACKSON
& RON NEWT


RON NEWT
HOLLYWOOD DUBIE

In this documentary, I will take you on a journey into the deepest, darkest, most dangerous inner secret parts of the world. Through this journey, you will meet some of the coldest & most notorious pimps, whores, drug dealers and killers the world has ever known. I will revisit my life and share my thoughts as a gangster pimp with you. These true stories are based on the trials and tribulations of a man (Ron Newt) who dreamed of living the richest of lives and would stop at nothing to do so. He was a self made millionaire.

Ron Newt aka Prince Diamond had a gorgeous wife, 17 whores, and 27 beautiful children. He drove a Rolls Royce and owned luxurious homes in various cities across the United States. These homes housed exotic animals like monkeys, lions and black panthers. Ron Newt's love and passion for music allowed him to witness and experience the life of the music industry and meet the likes of Sly & Family Stone as well as the Jackson Family. In August of 1989, while managing an unknown group that consisted of four of his sons called the Newtrons he landed an $8 million record deal with MCA Records. He believed he was 'bigger than big' and was on top of his game in all facets of his life. Nevertheless, as quick as it had started, his life spiraled downward even faster. His son, Ron Newt Jr. was gunned down May 1st, 1991 at 1pm in San Bernardino, California, while robbing a Korean grocery store in an attempt to complete his initiation into one of Americas most powerful gangs The Los Angeles Cripst!

Ron Newt was fascinated by the temptations of power and money. The past had come back to haunt him and when the game was over it would prove to cost him much more than he ever anticipated.

The Newtons

Mr. Hiss

8 27912 02003 8

Release the
Red Dragon Films

Saucy's World
ENTERTAINMENT

A friend of the Jackson family is suing **Terrence Howard, Lee Daniels,** "**Empire**" and others, claiming the hit show is a carbon copy of his film about his life as a "gangster, pimp and drug dealer."

**Ron Newt,** who describes himself as a "known ghetto player" claims he met with Terrence at the Four Seasons hotel a while back and they discussed Ron's documentary, "**Bigger than Big**." Ron says Terrence connected to it, and said he wanted to play him in the film.

Fast forward to January, when "Empire" debuted to huge ratings. Ron says the similarities are more than suspicious.

-- "Empire" ... 4 drug dealers killed. "Bigger than Big" script: 4 drug dealers were killed.

-- "Empire" ... Lucious shot his long-time friend. BTB: Prince shoots his friend.

-- "Empire" has a roundtable. BTB: Roundtable!

-- "Empire" ... Cookie goes to jail for drugs. BTB: China Doll goes to jail for drugs.

-- "Empire" ... Cookie is released from prison. BTB:  China Doll released from the big house.

-- "Empire" .. Cookie with hat. BTB:  China Doll with hat.

Ron has a colorful history. He says in 1989 he signed a multi-million dollar deal with MCA, and also deals with Michael Jackson's family and Death Row Records.

As for the "Empire" lawsuit ... he wants a billion dollars.

'BIGGER THAN BIG' TRAILER YouTube.com

http://www.tmz.com/2015/04/15/empire-sued-terrence-howard-lee-daniels-stealing-tv-show-copy/



RON NEWT

ies, and other skin trade markets in Oakland and San Francisco. Fillmore Slim gets up from the table and said, "Prince is taking over leadership of the Mob and my whole empire. He is my god son and I've taught him everything about the game since he was 9 years old. I'm on my way the to Feds for 20 years. Until I get back, Prince is the shot caller and I'm turning my 13 ho's over to him!" Fast Black responded, "Fillmore! Prince is fresh out of his mama's womb and hasn't lived long enough to call shots for the mob. No disrespect, but have you lost your fucking mind? The game ain't to be told, it's to be sold and Prince ain't got enough money or heart to handle the spot you are trying to give him. He's still a young lame, new to the game. He's trying to stake a claim on something too big to be claimed. He might have a little fire, but I've got a flame. I'm a real macaroni and he's just a noodle and a squirrel in our world, trying to get a nut." I told him, "Ain't that a bitch, sucka trick, mother fucker. I'm a real gangster pimp! I always got my clock on. If I tell a bitch a duck can pull a truck, she gonna hook'em up! Never low

149



# Pilot

> " <mark>I started selling drugs when I was nine years old</mark> in Philadelphia. I did it to feed myself. But it was the music that played in my head that kept me alive when I thought I was gonna get shot. And it was the melodies that I dreamt about that kept me warm while I was sleeping in the streets. You see, music saved my life.
>
> *9 YR OLD.*
>
> "
> —Lucious Lyon

**Pilot** is the first episode of the first season of FOX's TV series, *Empire*. The episode premiered on January 7, 2015, after the *American Idol* premiere.

EMPIRE is a powerful new drama that follows LUCIOUS LYON (Terrence Howard) the head of a music empire whose reign has been unchallenged for years. But all that changes when he learns he has a disease and must choose one of his three sons to take over: ANDRE (Trai Byers), JAMAL (Jussie Smollett) or HAKEEM (acting newcomer Bryshere Gray, a.k.a. Yazz The Greatest). Complicating matters is their mother and Lucious' ex-wife, COOKIE (Taraji P. Henson), who emerges from prison to claim her share.

This episode was written by Lee Daniels and Danny Strong and directed by Lee Daniels.

Contents [show]

### Plot


Lucious helps Veronika to truly feel what she is singing.

## Pilot
### Season One, Episode One



| | |
|---|---|
| **Air date** | January 7, 2015 |
| **Writers** | ~~Lee Daniels~~ |
| | ~~Danny Strong~~ |
| **Director** | Lee Daniels |
| **Viewers** | 9.90 million |
| previous | next |
| N/A* | "The Outspoken King" |

The episode introduces Lucious Lyon, the CEO and founder of Empire Entertainment, watching his artist, Veronica, perform *What Is Love*. After numerously telling Veronica to perform with emotion, Lucious flashes back with concern with his health, foreshadowing his diagnosis with ALS. Meanwhile, on the other side of the building, Hakeem Lyon, the youngest, fame-hungry rapper, and Jamal Lyon, the musically talented singer, are introduced while performing *Live In The Moment* as the eldest, Andre Lyon, and his wife Rhonda Lyon look on from above. After telling his assistant, Becky Williams to cancel his meetings and send his sons to his home, Lucious announces that Empire Entertainment is officially a publicly traded company on the New York Stock Exchange. Even though the company is evolving successfully, Lucious hopes that his three sons, including Andre, the current CFO, will vie for his throne as CEO of Empire Entertainment after his possible death, which is not known to any of the sons. Meanwhile, Lucious's ex-wife, Cookie Lyon is set freed from jail after 17 year serving.


Jamal and Hakeem show off together.

AUG-19-97 TUE 14:17 CRAIG GROUP                    6024435256              P.01

# THE WILLIAM CRAIG GROUP, INC.

7807 E. GREENWAY RD., SUITE #6
SCOTTSDALE, AZ 85260
PH: (602) 951-2324 FAX: (602) 951-4202

### FAX TRANSMISSION

August 18, 1997

TO: BIGGER THAN BIG PRODUCTIONS
    ATTN: PRINCE
FROM: SAM RODENBERGER
RE: SYNOPSIS OPINION

NUMBER OF PAGES INCLUDING THIS COVER: 1

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

DEAR PRINCE;

I am quite impressed and excited after hearing the synopsis of your new book, "BIGGER THAN BIG". As I told you on the phone, this is an explosive piece of material based on the subject and the people you have been involved with. It also translates the brutal American street life onto the written page.

It is my opinion, based on having been read the synopsis, that this book could be worth a great deal of front money from one of the major publishers. I strongly urge you to find a good literary attorney to represent you in any negotiations.

I will look forward to receiving a signed copy in the near future.

*Samuel M. Rodenberger*

Samuel M. Rodenberger
Senior Vice President

P.S. – BookCrafters , Joyce Wilson   (313) 475-9145, ext. 340

# kids drive a pet-lion wild—and he attacks

By Andrew Curtin



Shavon Newt, 4, is recovering Tuesday today in San Francisco General Hospital.

Mr. Ilia, 24, died in surgery last evening at the San Francisco Zoo.

In the aftermath of a terrifying episode last weekend that could have been even more tragic.

Shavon is the daughter of Ronnie and Lynn Newt. "Mr. Fast" was a cougar who had been a pet family pet for 4 years, since Newt bought him in 1976.

The 95-pound cat was chained ...

... 31 Bowman, 17, who lives with the family, took the little girl inside.

Newt home at 9440 San Bruno Ave, where Newt said, "the neighbor kids started beating this ..."

"They kept throwing rocks and sticks at him," Bowman said.

"So Shavon was supposed to be inside, but when she saw how they were treating him she ran out and told them to stop."

"By this time he was wild. He was so mad he broke the chain.

The kids ran away. He got Shavon. I ran out and I had to pull his head off of her face. I had to get my hands right into his mouth."

Newt said the half-brother, Dar...

... then went out that after-the girl herself was mauled.

"... there had been, the kids would ... have been able to snake ... him like that, and he would have turned on the little girl. It's ...

"You know, when we got out the Monday the mother and the ... He couldn't help but don't him ... to his children.""

He was a cute little fellow who I got him, said Newt. "But I should have got rid of him a long time ago.

Brice said that when Shavon officers went out to the Newt home Monday, "the children ... around ... did anything to me. Hiss, going ... But You're not going to take him away?"

SPCA officers who arrived on the scene said that Bowman told them, "I tried to sit in the cell."

They said the animal had been shot several times with what appeared to have been a large-caliber weapon.

An SPCA ambulance took "Mr. Hiss" to the zoo hospital, where zoo veterinarian Dr. William Moffram tried to save his life.

"But he died within two hours," said SPCA public information officer Ann Brice. An autopsy was scheduled for today.

The father, waiting at the hospital, said, "I hope my little girl is going to be all right.

"Her face remarked I can get plastic surgeons to take care of that.

"I just hope she's going to be all right."

According to SPCA officials, Mr. Hiss should have been in a ...

The SPCA had been called to the Newt household on Monday.

They were told that the animal couldn't be kept chained to a tree like that and that they would have to have some kind of an enclosure for him within 48 hours. Brice said.

If (even if) they meant well enough. But ... was no enclosure ...

## AN SPCA OFFICER WITH THE DEAD, 95-POUND COUGAR
Officials said he was supposed to be in a cage

Richard Avanino, executive vice president of the San Francisco chapter of the SPCA, said that ... California Fish & Game permit for the cat and that was all he needed.

"We're going to have to try to get some kind of a local regulation which will prevent persons from keeping pets like this," Brice said.

"As this incident demonstrates, the once-a potential danger ...

... especially as they get older.

"And it's not good for the animals—cats like these, for instance—to be shut up in a space, are a part of their nature as far as food are concerned.

"And this animal had the claws removed, from its front paws. It would have been better off it it had been turned loose to hunt ...

Avanino emphasized that the ...

SPCA here has plenty of ... household pets, such as dogs ... house cats available for adoption.

"We have a lot of cats ... tion rate already, and that ... tures the nations average.

"Last month we place animals. That's 150 more placed ... sure during the same time ... year.



Lightning-detector

## U.S. fights fire with electronics

By John Fastham
Examiner Washington Bureau

ROIINE NEWT, FATHER OF THE MAULED 4-YEAR-OLD GIRL
'I should have gotten rid of him a long time ago'



RON Shoot BEST FRIEND.
IN BOOK AND DVD. BIGGER THAN BIG





RON NEWT                     BIGGER THAN BIG          CHINA DOLL

CIOUS LYON'S EX-WIFE ON EMPIRE CONTROV

**LIVELY ARTS NIGHTLIFE**

# TALES SPUN BY AN EX-PLAYER

*Edited by James Sullivan*
CHRONICLE STAFF CRITIC



In 1991, **Ronnie Newt**, 16-year-old lead singer for the **Newtrons**, was shot dead by a San Bernardino shopkeeper, allegedly while trying to rob the store as part of a gang initiation. Since then, his father, one-time San Francisco pimp **Ron Newt Sr.**, has written a book about his own exploits in the music business — and in the criminal underworld.

He says he wrote the book, "Bigger Than Big," as penance for having set a bad example for his son. "I feel you reap what you sow," he says. "I wanted to deter other people from doing the things I did."

Newt says he tried for years to find a publisher, but "nobody would touch it." He finally issued the rambling tome himself through his San Francisco-based Runaway Slave Publishing Co.

In 1989, after escaping from a state prison where he was serving time for a weapons convi

**Ron Newt says he wrote his book because "I wanted to deter other people from doing the things I did**



time for a weapons conviction, Newt Sr. negotiated an MCA Records contract for his sons Ronnie, **Bobby** and **Johnny**, known collectively as the Newtrons. A year later, after the failure of the group's debut, Newt got into a dispute with the company and was arrested in the lobby of MCA headquarters.

His book discusses the Newtrons' interaction with **Michael Jackson** and his singing siblings, after whom they modeled themselves. But much of it is filled with graphic scenes of sex and violence from Newt's days as a pimp, some of which he admits are fictional.

"I had to exaggerate to make the story great," says Newt, who has been a free man since 1993. "I'm an m̲ player. We're master manipula̲ e'll create a story to make , to get you stimulated. ̲as in the penitentia-̲st stories that

— *Lee Hildebrand*

EXHIBIT C



TMZ.com **Lee Daniels** and

**Terrence Howard** say there's no way they ripped off the idea for **"Empire,"** because the guy suing for a billion dollars couldn't hack it in the music biz.

Daniels and Howard are responding to the lawsuit filed by **Ron Newt** -- as TMZ first reported ... the self proclaimed "gangsta pimp" claims Empire is based on his life, and he pitched his autobiography to Howard years ago.

According to the docs, Daniels says Newt's unsuccessful effort to break into the music biz as "manager of his sons' teen bubble gum pop trio," is nothing like the successful Lyon family on "Empire."

Also ... they say **Newt's story** is so violent and sexually graphic, it could never have aired on network TV.

They want the suit dismissed, ASAP.

- SHARE ON FACEBOOK
- TWEET THIS

### Related Articles



- Eric McCormack Advises Diddy's Son ... Gay Role Could Change Your Life (VIDEO)



- 50 Cent -- I'm No Homophobe ... I Just Hate 'Empire'



TMZ Live: Click Here to Watch!



Gerald From 'Heavyweights' Is All Grown Up ... See His Hot Shots!



Tommy Lee Says Screw Brandon, I Want a Restraining Order Against My Son



Famous Females Showing Off Their Girl Power ... Happy International Women's Day!



O.J. Simpson Describes Anger Toward Nicole After Her Death on FOX Special

# Lee Daniels & Terrence Howard 'Empire' Lawsuit is Bogus You're No Lucious Lyon!

**0**

# Lee Daniels 'Empire' Lawsuit is Bogus ... You're A Music Failure!

Breaking News

EXHIBIT D



WIKIPEDIA

# J. Valentine

**Johnnie Newt** (born July 9, 1979), better known by his stage name **J. Valentine**, is an American <u>R&B</u> <u>singer</u>, and <u>songwriter</u>. He has written songs for the likes of artists such as <u>Tyrese</u> ("<u>I Like Them Girls</u>"), and the title track to <u>N'Sync</u>'s 9x platinum *Celebrity* album which sold 1.8 million in the first week.[1] <u>Mario</u>'s "<u>How Could You</u>," and <u>Omarion</u>'s "<u>I'm Tryna</u>" can also be credited to his resume,[2] along with displaying vocals on two posthumous <u>2Pac</u> albums, <u>Still I Rise</u> and <u>Until The End Of Time</u>.

| J. Valentine | |
|---|---|
| **Birth name** | Johnnie Newt |
| **Born** | July 9, 1979 San Francisco, California, United States |
| **Occupation(s)** | Singer, Songwriter, Producer |
| **Years active** | 1990–present |
| **Labels** | CityBoyz Muzik (2010-present) |
| **Associated acts** | Tank, Chris Brown, LeToya Luckett, Keyshia Cole, Gucci Mane, Twista |
| **Website** | www.jvalentine.com |

## Contents

**Early life**

**Musical career**

**Discography**
    Albums
    Mixtape

**References**

**External links**

## Early life

Valentine was born in The Fillmore District of San Francisco, California. As a kid, J. and his brothers would go down to <u>Fisherman's Wharf</u> where they were street performers. J. attended Balboa High School, where he played varsity basketball all four years of high school and AAU along with the likes of NBA players <u>Drew Gooden</u> and <u>Deshawn Stevenson</u>. J. was also seen in <u>Keyshia Cole</u>'s debut video '<u>I Changed my Mind</u>' as her love interest to and worked on her last album as a producer and songwriter. He is of African American and Chinese ancestry

## Musical career

When Valentine was 9 years old, he and his brother formed the band The Newtrons. Early on he founded the CityBoyZ Muzik label and signed hip-hop artist Bailey, and subsequently released the song "Go Dumb" which was originally a record from his *Hide Ya Breezy* mixtape.

Valentine's 2011 album *The Testimony* featured artists <u>Keri Hilson</u>, <u>Tank</u>, <u>Twista</u>, <u>Gucci Mane</u> and <u>LeToya Luckett</u>. The album accumulated over 17 thousand records sold and reached the iTunes top 10 for <u>R&B/Soul</u>. Valentine recorded "My Girl" with <u>Chris Brown</u> for In My Zone 2.

Valentine's production company, Song Dynasty, includes his brother Bobby Newt, his friend Texx and the singer <u>Tank</u>. The team has written and produced songs for artists such as <u>Jamie Foxx</u>, <u>Keyshia Cole</u> and <u>Ron Isley</u>. They recently produced *Now or Never*, Tank's first <u>Atlantic Records</u> project. The album's second single, "Emergency," held the number 5 spot on the Billboard music charts. They wrote the song "Regret" for R&B singer <u>LeToya Luckett</u> featuring Ludacris, which also peaked at #78 on the U.S. Billboard <u>Hot 100</u> chart and #8 on the Billboard <u>Hot R&B/Hip-Hop Songs</u> chart.[3]

## Discography



EXHIBIT E

## MUTUAL TERMINATION & RELEASE AGREEMENT

This termination agreement and mutual release ("Termination Agreement") is made this 1st day of December, 2016 by and between **Monami Entertainment LLC**, 220 12th Avenue, New York, NY 10006, (collectively and individually referred to hereinafter as "Monami" ) and **Ronnie L. Newt Sr.** (collectively referred to hereinafter as "Newt" or "you"). Sometimes herein, the Monami and Newt are collectively referred to as "the Parties." For mutual considerations, the receipt and sufficiency of which are hereby acknowledged by Monami and Newt, the Parties agree and covenant as follows:

1.       Reference is hereby made to that Side Agreement entered into on October 16, 2015 between Monami and Newt ("Side Agreement") to collaborate, produce, and/or exploit any ideas, projects, and/or business opportunities in connection with or pertaining to Newt ("New Exploitation").

2.       Both Monami and Newt hereby agree to mutually terminate any and all rights and obligations between the Parties related to the New Exploitation. Further, Monami agrees to forever release and waive any right to any and all future claims against Newt in connection with the all of their obligations and undertakings in connection with any New Exploitation(s) in accordance with the Side Agreement and any and all rights, obligations, liabilities, warranties, and representations that exist between the Parties, including, but not limited, to the termination of all rights to future compensation, exclusivity for Monami, termination of any grants of rights, work for hire arrangements, ownership transfers, assignment of rights or interests in third-party agreements, and/or licenses given by Newt to Monami that may otherwise survive termination of the Side Agreement or set forth herein.

3.       This Termination Agreement embodies the entire agreement between Monami and Newt with respect to the termination of the Side Agreement. In the event of any conflict or inconsistency between the provisions of the Side Agreement and this Termination Agreement, the provisions of this Termination Agreement shall control and govern.

4.       The Parties hereby forever release and discharge the other party from any and all claims, demands, actions, causes of action, suits, sums of money, accounts, covenants, agreements, contracts, and promises in law or in equity, which each may now have, have had, or at any time may have, against the other and their respective predecessors, successors and assigns, whether or not they have been subject to dispute or otherwise and whether known or unknown to you, by reason of any matter, cause, or thing whatsoever from the beginning of the world to the date hereof, related to or connected with the Side Agreement or otherwise set forth herein.

5.       (a) This Agreement shall be entered into in the State of New York and the validity, interpretation and legal effect of this agreement shall be governed by the laws of the State of New York applicable to contracts entered into and performed entirely within the State of New York, with respect to the determination of any claim, dispute or disagreement, which may arise out of the interpretation, performance, or breach of this Termination Agreement.

         (b) The Parties acknowledge that that each is familiar with Section 1542 of the Civil Code of California, which provides:

         "A general release does not extend to claims which the creditor does not know or suspect to exist
         in his or her favor at the time of executing the release, which if known by him or her must have
         materially affected his or her settlement with the debtor."

Except as otherwise provided in this Termination Agreement, the Parties hereto waives and relinquishes any right and benefit which Monami or Newt may have under Section 1542, or which is similar, comparable or equivalent to Section 1542 in any law of any state or territory of the United States to the full extent that the Parties may lawfully waive such rights and benefits with respect to the Termination Agreement.

6.       Each Party hereto represents and warrants that it has not heretofore assigned or transferred, or purported to assign or transfer, to any person or entity not a party hereto any claim, debt, covenant, agreement, contract, liability, demand, obligation, account, action, cause of action or suit being released hereunder.

7.      Both Parties agree that it shall not make, whether by responding to inquiries or otherwise, any statements to third parties which disparage the other Party in any manner whatsoever in connection with the Side Agreement or otherwise under this Termination Agreement.

8.      The Parties hereto have participated in the preparation and negotiation of this Termination Agreement and each party hereto hereby unconditionally and irrevocably waives to the fullest extent permitted by law any rule of interpretation or construction requiring that this Termination be interpreted or construed against the drafting party. Any covenant, provision, agreement or term of this Termination Agreement that is prohibited or is held to be voided or unenforceable by a court of competent jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof and this Termination Agreement shall remain in full force and effect as if such void or unenforceable term or provision had never been included. Each party hereto agrees to execute and deliver such additional documents and instruments, and to perform such additional acts as may be reasonably necessary or appropriate to effectuate the intent, purpose and provisions of this Termination Agreement.

9. This Termination may be executed in counterparts, each of which when taken together, shall be deemed to constitute one and the same instrument.  As used in this Termination Agreement and where appropriate, the masculine shall include the feminine and the singular the plural and vice versa.

10. This Agreement shall enure to the benefit of, and be binding upon, the parties hereto and their respective heirs, executors, administrators, successors and assigns.

11. The parties hereto acknowledge that they have been represented by counsel who have discussed the foregoing with them and that they fully understand its contents and sign below without reliance upon any statement, representation, or warranty not contained within this Termination Agreement. This Termination Agreement constitutes the final understanding and agreement between the Parties with respect to the subject matter hereof and supersedes all prior negotiations, understandings or agreements, whether written or oral, that are related to the subject matter hereof.

**IN WITNESS WHEREOF**, the Parties have executed this Termination Agreement on the above-referenced date and by so executing acknowledge and warrant that they are fully authorized to enter into this Termination Agreement and that by doing so, they are not in violation of any other agreement.


**Monami Entertainment LLC**                                    **Ron L. Newt Sr.**


_____
Monami Entertainment, LLC
*authorized signatory*


2



# THE NEWT DYNASTY DINNER

## TONIGHT'S MENU

### INCLUDES A COCKTAIL OF YOUR CHOICE

### OYSTERS
*OYSTERS | SOY MIGNONETTE | YUZU PEARL*

### CRISPY DUCK ROLLS
*GOLDEN CRISPY DUCK SPRING ROLLS | SWEET PLUM SAUCE*

### GINGER AHI TACOS
*GINGER AHI TUNA CRISP | CITRUS AVOCADO | MICRO CILANTRO*

### MINCHI HOT POT
*GROUND BEEF + PORK | POTATO | WHITE RICE | FRIED EGG*

### SALT N PEPPER SHRIMP
*SALT AND PEPPER SHRIMP*

### SALMON TERIYAKI
*SALMON TERIYAKI | BROWN RICE | CHINESE BROCCOLI*

### BANANA CRISPY
*DESSERT | FRIED BANANAS*



1   Your name: Ron Newt
2   Address: 339 Joost Street
3   San Francisco, CA
4   Phone Number: 415. 374. 4377
5   E-mail Address:_____
6   Pro se Plaintiff
7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10      Division *[check one]*: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka
11                                                     3:18-CV-00370-SK
12   Ron Newt                          )   Case Number: 3:18
13   _____          )   **NOTICE OF VOLUNTARY DISMISSAL OF**
14              Plaintiff,             )   *[check one]*
15        vs.                          )       ☐ **THIS ENTIRE CASE**
16   Twentieth Century Fox             )       ☑ **ONLY DEFENDANT** *[name]*
17   Film Corporation, et al           )   Spellman, Strong, Henson
18   _____          )
19              Defendant.             )   Hon. Sallie Kim
20   _____          )
21       TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this
22   matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:
23       ☐ this entire case.
24       ☑ only Defendant *[name]* Malcolm Spellman, Danny Strong, Henson, Taraji
25       Such dismissal shall be without prejudice, with each side to bear its own costs and fees.
26   Date: 03. 8. 18        Sign Name: Ron Newt
27                          Print Name: _____
28

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:18-CV-00370-SK                              *[JDC TEMPLATE]*

1

## PROOF OF SERVICE

2

3 **Case name:** Newt v. Twentieth Century Fox, et Al

4 **Case number:** 3: 18-CV-00370-SK

5 **What document was served?**

6 Dismissal

7 **How was the document served?** *(Check one.)*

8 ☑ Placed in U. S. Mail
☐ Sent by fax

9 ☐ Hand-delivered
☐ Sent by delivery service (e.g., FedEx or UPS)

10 **To whom was the document sent?**

11 Elaine Kim,

12 **When were the documents served?** *(When were they mailed, faxed, or delivered?)*

13 Date: 03.08.2018; 11377 W. Olympic Blvd

14 Los Angeles, CA 90064

15 I declare under penalty of perjury under the laws of the United States of America that the

16 information in this proof of service is true and correct.

17 Signature: Mary Scott

18 Printed name: Mary Complaist Scott

19 Address: 379 Bancroft Ave. San Leandro, CA

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE [VLSP TEMPLATE]

Home   Video   Politics   U.S.   Opinion   Business   Entertainment   Tech   Science   Health   Travel   Lifesty

# Former Prot&eacute;g&eacute; Vouches for J

By Roger Friedman
Published April 07, 2005
Fox News

Michael Jackson

## Former Protégé Vouches for Jacko

No matter who testifies next in **Michael Jackson**'s alleged "prior acts" of sexual abuse mi
to deal with the fact that only one boy will show up to say he was molested many years ag

Now comes **Robert Newt**, 30, long a "Holy Grail" for The National Enquirer from its invest

Newt and his twin brother **Ronald Newt Jr.** (now deceased) were aspiring performers and
the Jackson family home in Encino, Calif., around 1985. They were about 11 years old. Th
was completed. Michael, **Janet Jackson** and **LaToya Jackson** were all there, as well as

Fast-forward to December 1993. The National Enquirer, desperate to get a scoop that Jac
that the Newt kids once spent time with Jackson.

The tabloid offered the Newts' father, **Ronald Newt Sr.**, $200,000 to say that something h
Jackson.

Newt, a San Francisco "character" and filmmaker whose past includes pimping and jail tin

A contract was drawn up, signed by Enquirer editor **David Perel**. Enquirer reporter **Jim M**
deceased, met with Newt and his son at the Marriott hotel in downtown San Francisco.

It seemed that all systems were go. But the Newts declined the offer at the last minute.

Ron Newt Sr., to whom $200,000 would have seemed like the world on a silver platter, wr
signature was supposed to go. The reason: Nothing ever happened between Jackson and

Indeed, no kids, no matter how much money was dangled by the tabloids, ever showed up malfeasance for big lumps of cash after the first scandal broke in 1993.

"Maybe there aren't any other kids," a current Enquirer editor conceded.

I met Bobby Newt yesterday near the office where he works as a mortgage broker in subu

Just as his dad promised me a few days earlier, he's a good-looking kid. He's half black a

Robert and his twin brother were likely very cute kids. They have the same features as oth Neverland "victims." But all Bobby Newt remembers of his encounter with Jackson is good

And all he remembers about the man from The National Enquirer is that he wanted Bobby

"He said, 'Say he grabbed you on the butt. Say he grabbed you and touched you in any ki us he took all these people down. Now he was going to take Michael down. That he would he took all these other famous people down. All the major people that had scandals again people down. That's what we do.'"

Prior to Bobby's meeting with Mitteager, Bobby's father met with him and brought along an politician, businessman and fellow jailbird **Charlie Walker**.

Walker is infamous in San Francisco circles for being "hooked up" to anything interesting

"My dad said these dudes are offering this money to take Michael Jackson down. And the touched you. All you have to do is say it. But you might have to take the stand. You might all these people. You have to be prepared for this thing. Just say it. And we'll give you mo

Two pieces of evidence confirm the Newts' story. One is the actual contract proffered by th who declined to comment for this story.

The contract, written as a letter, says it's an agreement between the tabloid and the Newts regarding "your relationship with and knowledge of Michael Jackson, and his sexuality, yo Jackson's sexual contact and attempts at sexual contact with Robert Newt and others."

Mitteager expected them to sign, even though it was completely untrue and there was, in

He knew you were lying, I reminded Bobby Newt.

"Exactly! And he didn't care! He was like, 'Just say it and we'll give you the money.' And I touched me!" Newt said. "He [Mitteager] was really fishing and really digging. Think about 'We'll give you this money,' even [if it's not true]. And they'd take it."

Bobby Newt recalled more details of the 30-minute meeting with The National Enquirer's r

"He was trying to coach me — if I decided to take the money, what would happen. He said huge scandal. You'll probably have a lot of people not liking you. You're going to be famou And the truth is Michael didn't do anything even close to trying to molest us."

Ironically, the second piece of evidence also backs up the Newts' story. Unbeknownst to t Mitteager.

I told you last week that Mitteager did more surreptitious taping than Richard Nixon. Wher Hollywood investigator **Paul Barresi**. His dozens of hours of tapes include a conversation Sr. and Charlie Walker.

When I read some of the transcript back to Newt the other day, he was shocked.

"I said all that," he observed, surprised to have his memory prodded some 12 years later.

Back in the mid-'80s, Ron Newt Sr. put his three sons together as a singing group much a them **The Newtrons**.

After much pushing, he got the attention of Joe Jackson, who agreed to manage the grou a showcase at the Roxy in West Hollywood.

Michael showed up and loved them. The result was a two-week stay for the boys at the E Ave., where they were supposed to work on their music.

"We would see Michael in passing. We didn't see him, maybe, because he was working o downstairs in the kitchen and we talked to him," he said.

The Newtrons eventually got a record contract and recorded the Jackson 5 hit "I Want Yo also spent the night at **Tito Jackson**'s house. But nothing about what Bobby Newt hears makes sense.

"I don't know what to believe. He had prime time with me and my brother in the guest roon he didn't try anything."

As a footnote to all of this: In the small world of the Los Angeles music business, Bobby N choreographer and alleged Jackson "victim" **Wade Robson** on tracks for his first album, a original R&B ballads.

Jackson's former maid **Blanca Francia** implicated Robson in the case during Monday's te for the prosecution.

"Wade is straight as they come. He's getting married. And nothing ever happened to him,

He shakes his head, thinking about those who have made claims against Jackson.

"You have to look at these people, go back and see when their relationship with Michael f coming," he said.

And Newt should know. After the adventure in 1985, the Newts never saw Jackson again. says, as much as it might have others.

"They probably didn't like it. And this is their way of getting back at him," he said.

Site Index

This material may not be published, broadcast, rewritten, or redistributed. ©2017 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.