Ron Newt
339 Joost Street
San Francisco, CA 94131
415.374.4377

In Pro Per

FILED

MAR 09 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED SATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON NEWT

        Plaintiff,

    v.

TWENTIETH CENTURY FOX FILM CORPORATION, LEE DANIELS, MALCOLM SPELLMAN, DANNY STRONG, TARAJI HENSON and DOES 1-100, inclusive

        Defendants.

Case No. 3:18-CV-00370-SK

**OPPOSITION TO MOTION TO DISMISS COMPLAINT**

Plaintiff hereby opposes defendants' motion to dismiss this case with prejudice. Plaintiff has amended his complaint to allege causes of actions against defendants (only) who are citizens of different states, thus, complete diversity now exists. Plaintiff directs the court's attention to the amended complaint that was filed on March 8, 2018. Defendant's motion to dismiss at this point should be considered moot.

By: _____
Ron Newt

Case No.

# PROOF OF SERVICE

**Case name:** Newt v. Twentieth Century Fox Film Corp

**Case number:** 3:18-CV-00370-SK

**What document was served?**
Opposition to motion to dismiss

**How was the document served?** *(Check one.)*
- ☒ Placed in U. S. Mail
- ☐ Sent by fax
- ☐ Hand-delivered
- ☐ Sent by delivery service (e.g., FedEx or UPS)

**To whom was the document sent?**
Elias Kim, 11377 W. Olympic Blvd., LA, CA 90064-1683

**When were the documents served?** *(When were they mailed, faxed, or delivered?)*

Date: 3.09.2018

I declare under penalty of perjury under the laws of the United States of America that the information in this proof of service is true and correct.

Signature: *Mary Scott*

Printed name: Mary Scott

Address: 379 Bancroft Ave., San Leandro, CA

CERTIFICATE OF SERVICE [VLSP TEMPLATE]