ROBERT H. ROTSTEIN (SBN 72452), rxr@msk.com
ELAINE K. KIM (SBN 242066), ekk@msk.com
HILARY E. FEYBUSH (SBN 280714), hef@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
Twentieth Century Fox Film Corporation and
Lee Daniels

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RON NEWT,<br><br>            Plaintiff,<br><br>      v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, LEE DANIELS, MALCOLM SPELLMAN, DANNY STRONG, TARAJI HENSON and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. 3:18-CV-00370-SK<br><br>**DEFENDANTS TWENTIETH CENTURY FOX FILM CORPORATION'S AND LEE DANIELS'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF RON NEWT'S COMPLAINT IN ITS ENTIRETY WITHOUT LEAVE TO AMEND PURSUANT TO FED. R. CIV. P. 12(b)(1)**<br><br>Judge:   Hon. Sallie Kim<br>Date:    March 19, 2018<br>Time:    9:30 a.m.<br>Ctrm:    A – 15th Floor |

Defendants' Motion to Dismiss establishes as a matter of law that Plaintiff's original complaint fails to plead either federal question or diversity jurisdiction. In response, Plaintiff filed (i) a request for dismissal of Malcolm Spellman, Taraji P. Henson, and Danny Strong; (ii) an amended complaint against Twentieth Century Fox Film Corporation ("TCFFC"), Lee Daniels, and a new defendant Terrence Howard for breach-of-implied contract (his prior claim) and two new claims for slander; and (iii) an opposition asserting that Defendants' Motion to Dismiss is moot.

In fact, Defendants' Motion is not moot. Plaintiff still has not established federal jurisdiction, because, among other reasons, he has not alleged complete diversity under 28 U.S.C. § 1331. Mot. 7. Plaintiff is a citizen of California. As established in the Motion, TCFFC is also a citizen of California because its principal place of business is in California. In response, Plaintiff has not proffered any evidence to the contrary.[1]

Moreover, the breach of contract and slander claims all arise under state law and thus do not give rise to federal question jurisdiction under 28 U.S.C. § 1332. *See* Mot. 6 (discussing breach of implied-in-fact contract claim); *Sarver v. Chartier*, 813 F.3d 891, 906 (9th Cir. 2016) (applying California law to defamation claim where diversity jurisdiction existed); *Knievel v. ESPN*, 393 F.3d 1068, 1072-73 (9th Cir. 2005) (diversity case applying Montana defamation law). In short, despite Plaintiff's new filings, subject-matter jurisdiction does not lie under either 28 U.S.C. § 1331 or § 1332. For these reasons and those discussed in the Motion, this action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1).

DATED: March 12, 2018                    MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Robert H. Rotstein
    Robert H. Rotstein
    Elaine K. Kim
    Hilary E. Feybush
    Attorneys for Defendants Twentieth Century Fox
    Film Corporation and Lee Daniels

---

[1] Plaintiff's amended complaint again also fails to allege the amount in controversy.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683.

On **MARCH 12, 2018**, I served a copy of the foregoing document(s) described as **DEFENDANTS TWENTIETH CENTURY FOX FILM CORPORATION'S AND LEE DANIELS'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF RON NEWT'S COMPLAINT IN ITS ENTIRETY WITHOUT LEAVE TO AMEND PURSUANT TO FED. R. CIV. P. 12(b)(1)** on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Ron Newt<br>339 Joost Street<br>San Francisco, CA 94131 | *Plaintiff in Pro Per* |
| Tel: 415-374-4377<br>Email: diamondronnewt@yahoo.com | |

☑ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT DELIVERY**: I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with [Name of Carrier] in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **MARCH 12, 2018**, at Los Angeles, California.

*/s/ K. Stewart*
K. Stewart