UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON NEWT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-00370-SK<br><br>**ORDER REQUIRING FURTHER BRIEFING REGARDING JURISDICTION** |

　　　　This Court has an independent duty to ascertain its jurisdiction and to remand a case *sua sponte* if there is no subject matter jurisdiction. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."); *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). Federal courts are courts of limited jurisdiction. *See*, *e.g.*, *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). In their motion to dismiss, Defendants asserted that Plaintiff's original complaint failed to plead federal question or diversity jurisdiction. (Dkt. 8.) In response, Plaintiff filed an amended complaint which caused the Court to take the motion to dismiss off calendar. (Dkt. 12) Subsequently, Defendants issued a reply asserting that the amended complaint does not rectify the jurisdictional issues given that Plaintiff and TCFFC are both citizens of California. (Dkt. 14.)

　　　　In light of the Court's duty to ascertain jurisdiction, the Court hereby orders Plaintiff to file a brief regarding jurisdiction, not to exceed five pages, by March 23, 2018. Defendant shall file a response regarding jurisdiction, not to exceed five pages, by no later than March 30, 2018. Parties may submit affidavits with exhibits to the extent necessary to demonstrate the existence or lack of jurisdiction.

//

1 **IT IS SO ORDERED**.

2 Dated: March 15, 2018



_____
SALLIE KIM
United States Magistrate Judge