UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON NEWT,

        Plaintiff,

   v.

TWENTIETH CENTURY FOX FILM CORPORATION, et al.,

        Defendants.

Case No. 18-cv-00370-SK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/4/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ron Newt
339 Joost Street
San Francisco, CA 94131

Dated: 4/4/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Melinda K. Lozenski, Deputy Clerk to the Honorable SALLIE KIM