UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON NEWT,<br><br>    Plaintiff,<br><br>    v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, et al.,<br><br>    Defendants. | Case No. 18-cv-00370-PJH<br><br>**ORDER RE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 16 |

On April 4, 2018, Magistrate Judge Kim reassigned this matter to a District Judge and issued a Report and Recommendation that the matter be dismissed under Fed. R. Civ. P. 12(b)(1) because the court lacks jurisdiction. Dkt. 16 (the "R&R").

In accordance with 28 U.S.C. § 636(b)(1)(C), any party may serve and file specific written objections to Judge Kim's R&R within fourteen (14) days after being served with a copy. See also Fed. R. Civ. P. 72(b); Civil Local Rule 72-3. The court advises the parties that the court has reviewed the R&R and, if no objections are filed, the R&R will be adopted and the case will be dismissed.

**IT IS SO ORDERED.**

Dated: April 5, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge