UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON NEWT,<br><br>    Plaintiff,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, et al.,<br><br>    Defendants. | Case No. 18-cv-00370-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 16, 18 |

The court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation Re: Dismissal for Lack of Jurisdiction. Having advised the parties that the case would be dismissed if no objections were filed and having received no objections, the court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the court DISMISSES the action with prejudice because the court lacks jurisdiction.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge