UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON NEWT,

    Plaintiff,

v.

TWENTIETH CENTURY FOX FILM CORPORATION, et al.,

    Defendants.

Case No. 18-cv-00370-PJH

**JUDGMENT**

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge